UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF NEW YORK

WOODLAND - RC

**Plaintiff / Petitioner:**
DIORIO ET AL

**Defendant / Respondent:**
CASA BUILDERS, INC. ET AL.

State of New York County of Dutchess ss.:

**AFFIDAVIT OF SERVICE**

Index No:
7:21-CV-01863-VB
Date Filed: March 31, 2021

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Fri, Apr 02 2021 AT 01:06 PM AT 64 NORTH PUTT CORNERS ROAD, NEW PALTZ, NY 12561 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CERTIFICATE OF SERVICE bearing index #7:21-CV-01863-VB and filed March 31, 2021 on WOODLAND UNDERGROUND LLC D/B/A FRIEDLANDER CONSTRUCTION

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant, therein named, by delivering a true copy of each to Kay Secunda personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be OFFICE WORKER- AUTHORIZED TO ACCEPT thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's residence/said place of business was the defendant's place of employment and the reply was affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40-48    Skin Color: White    Gender: Female    Weight: 160-190
Height: 5'4"-5'8"    Hair: Brown    Eyes:    Relationship: OFFICE WORKER- AUTHORIZED TO ACCEPT

Other _____

Sworn to before me on 4/6/21

_Railyna R E West_
Notary Public

Cameron A Waldman-Caprari

RAILYNA RUBY ELIZABETH WEST
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WE6414205
Qualified in Dutchess County
My Commission Expires: 2/16/25