UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
L. TODD DIORIO, as the trustees and
fiduciaries of the Laborers' Local No. 17
Pension Fund, et al.,

                 Plaintiffs,

v.

CASA BUILDERS, INC., doing business as
Friedlander Construction, and WOODLAND
UNDERGROUND, LLC, doing business as
Friedlander Construction,
                 Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1863 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/12/21

On March 3, 2021, plaintiffs commenced the instant action against defendants Casa Builders, Inc., doing business as Friedlander Construction ("Casa Builders"), and Woodland Underground, LLC, doing business as Friedlander Construction ("Woodland"). (Doc. #1).

On May 5, 2021, plaintiffs docketed proofs of service indicating service on defendant Casa Builders on April 29, 2021 (Doc. #7), and on defendant Woodland on April 2, 2021 (Doc. #8). Accordingly, defendant Casa Builders had until May 20, 2021, to respond to the complaint, and defendant Woodland had until April 23, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

Defendants did not timely respond to the complaint. Thus, on June 9, 2021, the clerk entered a certificate of default as to both defendants. (Doc. #14).

To date, defendants still have not answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendants remain in default, plaintiffs are ORDERED to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **July 26, 2021**. **If plaintiffs fail to satisfy this deadline,**

1

**the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 12, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge