UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
L. TODD DIORIO, as the trustees and  :
fiduciaries of the Laborers' Local No. 17  :
Pension Fund, et al.,  :
                                                        :
           Plaintiffs,  :
                                                        :      **ORDER**
v.  :
                                                        :      21 CV 1863 (VB)
CASA BUILDERS, INC., doing business as  :
Friedlander Construction, and WOODLAND  :
UNDERGROUND, LLC, doing business as  :
Friedlander Construction,  :
           Defendants.  :
--------------------------------------------------------------x

      By Order to Show Cause Without Emergency Relief dated August 3, 2021, the Court directed plaintiffs' counsel to serve that order and supporting papers on defendants by August 10, 2021 and to file proof of service on the ECF docket by the same date.  (Doc. #21).

      By letter-motion dated August 9, 2021, plaintiffs moved for an extension of the August 10, 2021, deadline to August 17, 2021, to serve the Order to Show Cause and supporting papers on defendants because defendants' last known address is unoccupied and for sale.  (Doc. #22).

      The application is GRANTED.

      By August 17, 2021, plaintiffs shall serve on defendants a copy of (i) the Order to Show Cause and supporting papers, and (ii) this Order.  By that same date, plaintiffs shall file proof of service on the ECF docket.

      The Clerk is directed to terminate the letter-motion.  (Doc. #22).

Dated: August 10, 2021
      White Plains, NY

                                                      SO ORDERED:

                                                      Vincent L. Briccetti
                                                      United States District Judge