UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
L. TODD DIORIO, as the trustees and
fiduciaries of the Laborers' Local No. 17
Pension Fund, et al.,

                Plaintiffs,

v.

CASA BUILDERS, INC., doing business as
Friedlander Construction, and WOODLAND
UNDERGROUND, LLC, doing business as
Friedlander Construction,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1863 (VB)

As discussed at an on-the-record show cause hearing on plaintiffs' motion for a default judgment held on September 1, 2021, attended by plaintiffs' counsel and at which no defendant appeared, it is HEREBY ORDERED:

1. By September 8, 2021, plaintiffs' counsel shall file: (i) a supplemental declaration to provide the relevant information about the amount owed for January to April 2020, (ii) a revised statement of damages, and (iii) a new proposed default judgment. These documents shall address the discrepancies identified by the Court at the hearing and should clearly explain the amount sought in damages.

2. By September 10, 2021, plaintiffs shall file the above-described documents on defendants and file proof of service of the same on the ECF docket.

Dated: September 2, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge