FILED: 10/20/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

L. TODD DIORIO, JEFFREY DIORIO, DEAN TAMBURRI, GENARO A. ARGENIO, MICHAEL MASTROPIETRO AND JUSTIN DARROW, AS THE TRUSTEES AND FIDUCIARIES OF THE LABORERS' LOCAL NO. 17 DEFINED CONTRIBUTION FUND, THE LABORERS' LOCAL NO. 17 HEALTH CARE FUND, THE LABORERS LOCAL NO. 17 TRAINING FUND, THE LABORERS LOCAL NO. 17 SUPPLEMENTAL UNEMPLOYMENT FUND, THE LABORERS LOCAL NO. 17 LABORERS-EMPLOYERS EDUCATION AND COOPERATION TRUST FUND AND THE LABORERS LOCAL UNION NO. 17,

Civil Action No.:

7:21-cv-01863-VB

DEFAULT JUDGMENT

Plaintiffs

-against-

CASA BUILDERS, INC. d/b/a FRIEDLANDER CONSTRUCTION and WOODLAND UNDERGROUND LLC d/b/a FRIEDLANDER CONSTRUCTION

Defendants.
------------------------------------------------------------------x

This action having been commenced on March 3, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served in-hand on defendant, Casa Builders, Inc. d/b/a Friedlander Construction, on April 29, 2021, by personal service by a civil process server on John Doe, (named refused), and a copy of the Summons and Complaint having been served in-hand on defendant, Woodland Underground LLC d/b/a Friedlander Construction, on April 2,

2021 by personal service by a civil process server on Kay Secunda, and proofs of service having been filed on May 5, 2021, the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants in the amount of **$75,332.88** for May 2019 through April 2020 contributions with interest in the amount of **$8,380.73**, a second count of interest in the amount of **$8,380.73**, legal costs in the amount of **$627.00**, and attorney's fees in the amount of **$2,000.00**, for a total Judgment of **$94,721.34.**

Dated: White Plains, New York
10/20/2021

_____
Honorable Vincent L. Briccetti, U.S.D.J.

This document was entered on the docket on _____.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719